UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                      Plaintiff,

        -against-

MARYMOUNT MANHATTAN COLLEGE,
                      Defendant.
------------------------------------------------------------X

12 Civ. 2388 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

SO ORDERED.

Dated: New York, New York
       December 19, 2012

_____
J. PAUL OETKEN
United States District Judge